1 | Kerstin Arusha, State Bar #182624
2 | Annette Kirkham, State Bar # 217958
    Whitney Huston, State Bar # 234863
    **FAIR HOUSING LAW PROJECT**
3 | 111 West St. John Street, Suite 315
    San Jose, CA 95113
4 | Telephone: (408) 280-2412
    Fax: (408) 293-0106
5 |
    Attorneys for Plaintiff ANNE PASSAGNE
6 |



FILED

NOV 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| ANNE PASSAGNE, | Case No.: CV 03-05432 JF |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFAULT JUDGMENT BY COURT AND DAMAGES** |
| v. | |
| PARI GANJEI and PARI R. GANJEI TRUST 1999, | |
| Defendants. | |

Upon reading and considering the Plaintiff's Request for Entry of Default Judgment by the Court and Application for Damages, the evidence presented in support thereof, and good cause appearing,

IT IS HEREBY ORDERED THAT:

A default judgment against Defendants Pari Ganjei and Pari Ganjei Trust 1999 is GRANTED.

The Court hereby awards Plaintiff Anne Passagne:

$1,369.00 in Lost Housing Opportunity Damages;

1  $41,000 in Emotional Distress Damages;

2  $31,500 in Punitive Damages; and

3
4  $1,602.00 in Costs

5
6  DATED:     November 10, 2005

                                            _____
7                                           Honorable Jeremy Fogel
                                            United States District Court
8