**E-Filed 10/3/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNE PASSAGNE,<br><br>            Plaintiff,<br><br>      v.<br><br>PARI GANJEI,<br><br>            Defendant. | Case Number C 03-5432 JF (PVT)<br><br>ORDER RE LETTERS FILED SEPTEMBER 8 AND 19, 2006<br><br>[re doc. nos. 76 and 77] |

Default was entered by the Clerk of the Court on July 7, 2005 and default judgment was entered by the Court on November 14, 2005. The Court granted Plaintiff's motion for attorneys' fees on January 13, 2006.

Defendant filed two letters addressed to the Court on September 8 and 19, 2006. It does not appear that these letters were served upon counsel for Plaintiff. The letters appear to contest the default judgment and award of attorneys' fees on the basis of lack of service upon Defendant. To the extent Defendant seeks relief from this Court's judgment or orders, Defendant must file an appropriate motion for relief. The Court cannot take any action based upon the letters

Case No. C 03-5432 JF (PVT)
ORDER RE LETTERS FILED SEPTEMBER 8 AND 19, 2006
(JFLC2)

1  submitted by Defendant. Defendant may wish to contact the State Bar of California for direction
2  as to how to find an attorney to represent her in this matter.
3       IT IS SO ORDERED.

8  DATED: 10/2/06

                                            JEREMY FOGEL
                                            United States District Judge

Case No. C 03-5432 JF (PVT)
ORDER RE LETTERS FILED SEPTEMBER 8 AND 19, 2006
(JFLC2)

1  Copies of Order served on:

2

3  Counsel for Plaintiff:

4  Kerstin Arusha    kerstina@lawfoundation.org

5  Tiffany Christeen Keast    tiffanyk@lawfoundation.org

6  Annette Kirkham    annettek@lawfoundation.org,

7  Tiffany Christeen Keast
   Kerstin Arusha
8  Annette Kirkham
   Fair Housing Law Project
9  111 W. St. John Street, Suite 315
   San Jose, CA 95113

10
   Defendant pro se:
11
   Pari Ganjei
12 1780 Kirkmont Drive
   San Jose, CA 95124-1235
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 03-5432 JF (PVT)
ORDER RE LETTERS FILED SEPTEMBER 8 AND 19, 2006
(JFLC2)